UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 04, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAISY GONZALEZ,

Defendant.

Case No. 2:18-cr-00038-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __DAISY GONZALEZ__, Case No. __2:18-cr-00038-TLN__ from custody for the following reasons:

- __X__ Release on Personal Recognizance
- ____ Bail Posted in the Sum of $ _____
- ____ Unsecured Appearance Bond $ _____
- ____ Appearance Bond with 10% Deposit
- ____ Appearance Bond with Surety
- ____ Corporate Surety Bail Bond
- ____ (Other): __To be released from the U.S. Marshals__
- __X__ __Service on 5/7/2018 at 9:00 AM to the custody of Pretrial Services.__

Issued at Sacramento, California on May 04, 2018 at __2:30 pm__.

By: _/s/ Carolyn Delaney_

Magistrate Judge Carolyn K. Delaney