TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 HERITAGE OAK PLACE, STE 6
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
DAISY GONZALEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,           )   No. 2:18-CR-00038 TLN
                                    )
          Plaintiff,                )
                                    )   **ORDER WAIVING DEFENDANT'S**
                                    )   **APPEARANCE**
v.                                  )
                                    )
DAISY GONZALEZ, et al               )
                                    )
          Defendant.                )
                                    )
                                    )
                                    )
                                    )
_____

        Based on the Request for Appearance Waiver filed with this Court on June 21, 2018, and

on the information and signatures contained therein, it is hereby ordered that Defendant DAISY

GONZALEZ' appearance be waived in the circumstances set forth herein, subject to any Order

by the Court requiring her appearance, which would supersede this Order.

        DAISY GONZALEZ' appearance is waived for hearings of any motion or other pre-trial

proceeding in this case, including, but not limited to, when the case is ordered set for trial, when

a continuance is ordered, and when any other action is taken by the court before or after hearing,

except upon arraignment, plea, impanelment of a jury, trial and imposition of

sentence pursuant to Federal Rule of Criminal Procedure 43(b)(3).

IT IS SO ORDERED this 26th day of June, 2018.

Troy L. Nunley
United States District Judge