Michael Chastaine SBN 121209
The Chastaine Law Office
2377 Gold Meadow Way
Gold River, CA 95670
(916)932-7150
Mike@Chastainelaw.net

Attorney for Defendant
Jose Romero Heredia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case № 2:18-CR-38 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| DAISY GONZALEZ and | DATE: November 15, 2018 |
| JOSE ROMERO HEREDIA, | TIME: 9:00 a.m. |
| Defendants. | JUDGE: Hon. Troy L. Nunley. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Toni White, attorney for defendant Daisey Gonzalez, and Michael Chastaine, attorney for defendant Jose Romero Heredia that the status conference scheduled for November 15, 2018, be continued to January 24, 2018, at 9:30 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendants, to continue investigating the facts of the case, and to negotiate a resolution to this matter.

Stipulation and Order
to Continue Status Conference

-1-

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including January 24, 2019; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: November 12, 2018     Respectfully submitted,

/s/ *Toni White*
TONI WHITE
Attorney for Daisey Gonzalez

DATED: November 12, 2018     /s/ *Michael Chastaine*
MICHAEL CHASTAINE
Attorney for Jose Romero Heredia

DATED: November 12, 2018     MCGREGOR W. SCOTT
United States Attorney

/s/*Justin Lee*
JUSTIN LEE
Assistant United States Attorney
Attorney for Plaintiff

# O R D E R

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 24, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 15, 2018 status conference shall be continued until January 24, 2019 at 9:30 a.m.

DATED: November 13, 2018

Troy L. Nunley
United States District Judge