1  McGREGOR W. SCOTT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00038-TLN
12 | Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER
13 | v. |
14 | DAISY GONZALEZ, | DATE: April 4, 2019
15 | | TIME: 9:30 a.m.
   | Defendant. | COURT: Hon. Troy L. Nunley
16

17

18                    **STIPULATION**

19     Plaintiff United States of America, by and through its counsel of record, and the

20 defendant, by and through counsel of record, hereby stipulate as follows:

21     1.    By previous order, this matter was set for status on April 4, 2019.

22     2.    By this stipulation, the defendant now moves to continue the status

23 conference until June 6, 2019, at 9:30 a.m., and to exclude time between April 4, 2019, and

24 June 6, 2019, under Local Code T4.

25     3.    The parties agree and stipulate, and request that the Court find the

26 following:

27         a)    The government has represented that the discovery associated with

28 this case includes over 14,000 pages and several hours of recorded telephone

STIPULATION REGARDING EXCLUDABLE TIME          1
PERIODS UNDER SPEEDY TRIAL ACT

conversations. All of this discovery has been produced directly to counsel.

      b)      Defense counsel desire additional time to review the discovery, conduct research into the case, to discuss the case with her client, and otherwise prepare for trial in this matter.

      c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 4, 2019, to June 6, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 27, 2019                    McGREGOR W. SCOTT
                                                    United States Attorney

                                                      /s/ JUSTIN L. LEE
                                                      JUSTIN L. LEE
                                                       Assistant United States Attorney

Dated: March 27, 2019          /s/ TONI WHITE
                               TONI WHITE
                               (as authorized on March 27, 2019)
                               Counsel for Defendant
                               DAISY GONZALEZ

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 28th day of March, 2019.

_____
Troy L. Nunley
United States District Judge