TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244
Fax (530) 344-9298

Attorney for Defendant
DAISY GONZALEZ

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:18-CR-00038 TLN |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE STATUS CONFERENCE** |
| v. | ) **UNTIL NOVEMBER 14, 2019 AT 9:30** |
| | ) **A.M.** |
| DAISY GONZALEZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between Daisy Gonzalez, the defendant in this matter, by and through her defense counsel, Toni White, and the United States of America, by and through its counsel, Assistant U.S. Attorney Justin Lee, that the status conference presently set for November 7, 2019, should be continued to November 14, 2019, at 9:30 a.m. and that time under the Speedy Trial Act should be excluded from November 7, 2019 through November 14, 2019.

Discovery associated with this case includes over 14,000 pages and hours of audio discovery. All of this discovery has been produced directly to defense counsel. Defense counsel needs additional time to continue to review discovery, communicate with the Government and her client, discuss possible resolution and prepare for trial. The

continuance is necessary to ensure continuity of counsel and for defense preparation. Accordingly, the time between November 7, 2019 and November 14, 2019, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).  AUSA Justin Lee has authorized defense counsel Toni White to sign this pleading for him.

Dated:  October 18, 2019

by:    U.S. ATTORNEY
/s/ Justin Lee
JUSTIN LEE
Assistant U.S. Attorney
Attorney for the Goverment


Dated:  October 18, 2019

/s/ Toni White
TONI WHITE
Attorney for Defendant
Daisy Gonzalez


# O R D E R


IT IS SO FOUND AND ORDERED this 18th day of October, 2019.

Troy L. Nunley
United States District Judge