TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244
Fax (530) 344-9298

Attorney for Defendant
DAISY GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAISY GONZALEZ,<br><br>Defendant. | No. 2:18-CR-00038 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE UNTIL JANUARY 30, 2020 AT 9:30 A.M.** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between Daisy Gonzalez, the defendant in this matter, by and through her defense counsel, Toni White, and the United States of America, by and through its counsel, Assistant U.S. Attorney Justin Lee, that the status conference presently set for January 16, 2020, should be continued to January 30, 2020, at 9:30 a.m. and that time under the Speedy Trial Act should be excluded from January 16, 2020 through January 30, 2020.

Discovery associated with this case includes over 14,000 pages and hours of audio discovery. All of this discovery has been produced directly to defense counsel. Defense counsel needs additional time to continue to review discovery, communicate with the Government and her client, discuss possible resolution and prepare for trial. The

1

continuance is necessary to ensure continuity of counsel and for defense preparation. Accordingly, the time between January 16, 2020 and January 30, 2020, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). AUSA Justin Lee has authorized defense counsel Toni White to sign this pleading for him.

Dated: January 14, 2020

U.S. ATTORNEY
by: /s/ Justin Lee
JUSTIN LEE
Assistant U.S. Attorney
Attorney for the Government

Dated: January 14, 2020

/s/ Toni White
TONI WHITE
Attorney for Defendant
Daisy Gonzalez

**O R D E R**

IT IS SO FOUND AND ORDERED this 14th day of January, 2020.

_____
Troy L. Nunley
United States District Judge