TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
DAISY GONZALEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAISY GONZALEZ,

    Defendant.

No. 2:18-CR-00038 TLN

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE UNTIL FEBRUARY 6, 2020 AT 9:30 A.M.**

# STIPULATION

IT IS HEREBY STIPULATED AND AGREED between Daisy Gonzalez, the defendant in this matter, by and through her defense counsel, Toni White, and the United States of America, by and through its counsel, Assistant U.S. Attorney Justin Lee, that the status conference presently set for January 30, 2020, should be continued to February 6, 2020, at 9:30 a.m. and that time under the Speedy Trial Act should be excluded from January 30, 2020 through February 6, 2020.

The defense received 280 pages of additional information through defense investigation efforts on January 24, 2020 and needs time to review them. Discovery associated with this case includes over 14,000 pages and hours of audio discovery. All of this discovery has been produced directly to defense counsel. Defense counsel needs additional time to continue to review the new information gained through defense

1

investigation, discovery, communicate with the Government and her client, discuss possible resolution and prepare for trial. The continuance is necessary to ensure continuity of counsel and for defense preparation. Accordingly, the time between January 30, 2020 and February 6, 2020, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). AUSA Justin Lee has authorized defense counsel Toni White to sign this pleading for him.

Dated: January 27, 2020     U.S. ATTORNEY
by: /s/ Justin Lee
JUSTIN LEE
Assistant U.S. Attorney
Attorney for the Government

Dated: January 27, 2020     /s/ Toni White
TONI WHITE
Attorney for Defendant
Daisy Gonzalez

**O R D E R**

IT IS SO FOUND AND ORDERED this 28th day of January, 2020.

Troy L. Nunley
United States District Judge