UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>         v.<br><br>DAISY GONZALEZ,<br><br>                        Defendant. | CASE NO. 2:18-CR-00038-TLN<br><br>**ORDER SEALING DOCUMENTS AS SET FORTH IN DEFENDANT'S NOTICE** |

Pursuant to Local Rule 141(b) and based upon the representations contained in Defendant's Requests to Seal and the factors set forth in *In Re Copley Press, Inc.*, 518 F.3d 1022, 1028 (9th Cir. 2008), IT IS HEREBY ORDERED that attachments pertaining to Defendant Daisy Gonzalez's Sentencing Memorandum (ECF No. 87) — which are medical records and a supplemental memorandum — and Defendant's Requests to Seal those documents shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the United States and counsel for Defendant.

DATED:  April 20, 2021

Troy L. Nunley
United States District Judge