UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>              v.<br><br>DAISY GONZALEZ,<br><br>                      Defendant. | CASE NO. 2:18-CR-00038-TLN<br><br>**ORDER SEALING DOCUMENTS AS SET FORTH IN UNITED STATES'S NOTICE** |

Pursuant to Local Rule 141(b) and based upon the representations contained in the United States's Request to Seal and the factors set forth in *In Re Copley Press, Inc.*, 518 F.3d 1022, 1028 (9th Cir. 2008), IT IS HEREBY ORDERED that the four-page document pertaining to Defendant Daisy Gonzalez, and United States's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the United States and counsel for Defendant.

DATED: April 20, 2021

 

_____
Troy L. Nunley
United States District Judge

1